570 A.2d 974

ARNOLD PERLSTEIN v. PINE ACRES NURSING &
CONVALESCENT CENTER, INC., ET AL.

MEYER J. PERLSTEIN AND ERNEST BERKOWITZ v. PINE
ACRES CONVALESCENT CENTER, INC. AND
ARNOLD PERLSTEIN.

November 6, 1989.

Petition for certification denied.

570 A.2d 974

STATE OF NEW JERSEY v. ELIJAH DAIRSAW.

November 6, 1989.

Petition for certification denied.

570 A.2d 974

STATE OF NEW JERSEY v. KEITH BETHEA.

November 6, 1989.

Petition for certification denied.

570 A.2d 975

STATE OF NEW JERSEY v. MICHAEL MCCULLOUGH.

November 6, 1989.

Petition for certification denied.